AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __for the District of Delaware__ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>22-1386-GBW | DATE FILED<br>10/21/2022 | U.S. DISTRICT COURT<br>for the District of Delaware |
|---|---|---|
| PLAINTIFF<br>ACADIA PHARMACEUTICALS INC. | | DEFENDANT<br>ZYDUS PHARMACEUTICALS (USA) INC. and ZYDUS LIFESCIENCES LIMITED |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 11,452,721 | 9/27/2022 | ACADIA PHARMACEUTICALS INC. |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| See attached |

| CLERK<br>John A. Cerino | (BY) DEPUTY CLERK | DATE<br>4-5-2023 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACADIA PHARMACEUTICALS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1386-GBW |
| | ) | |
| ZYDUS PHARMACEUTICALS (USA) Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**
**WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, ACADIA Pharmaceuticals Inc., Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited hereby stipulate to the dismissal of all claims and counterclaims between the parties in this Action without prejudice.

By:

/s/ Michelle C. Streifthau-Livizos
James D. Taylor, Jr. (#4009)
Jessica M. Jones (#6246)
Michelle Streifthau-Livizos (#6584)
SAUL EWING LLP
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, Delaware 19899
(302) 421-6800
James.Taylor@saul.com
Jessica.Jones@saul.com
Michelle.Streifthau-Livizos@saul.com

*Of Counsel*:

Chad J. Peterman
Bruce M. Wexler
Scott F. Peachman
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6000
chadpeterman@paulhastings.com
brucewexler@paulhastings.com
scottpeachman@paulhastings.com

*Attorneys for Plaintiff*
*ACADIA Pharmaceuticals Inc.*

/s/ John C. Phillips, Jr.
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Of Counsel:*

Michael J. Gaertner (admitted *pro hac vice*)
James T. Peterka (admitted *pro hac vice*)
Timothy F. Peterson (admitted *pro hac vice*)
Amy Lange (admitted *pro hac vice*)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, Illinois 60606
(312) 443-0700
mgaertner@lockelord.com
jpeterka@lockelord.com
tpeterson@lockelord.com
amy.lange@lockelord.com

*Attorneys for Defendants Zydus*
*Pharmaceuticals (USA) Inc. and Zydus*
*Lifesciences Limited*

SO ORDERED

Dated: 4/5, 2023

_____
UNITED STATES DISTRICT JUDGE

130332829